JENNIE SMITH *ET AL.*, PLAINTIFFS-PETITIONERS, v. MOTOR CLUB OF AMERICA INSURANCE COMPANY, DEFENDANT-RESPONDENT.

See same case below: 56 *N. J. Super.* 203.

*Messrs. Marcus & Levy* and *Mr. Harry Chashin* for the petitioners.

*Messrs. Harkavy & Lieb* for the respondent.

September 21, 1959.   Denied.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. THE SPERRY & HUTCHINSON COMPANY, DEFENDANT-RESPONDENT.

See same case below: 56 *N. J. Super.* 589.

*Messrs. Carpenter, Bennett & Morrissey* and *Mr. Milton A. Dauber* for the petitioner.

*Messrs. Pitney, Hardin & Ward* for the respondent.

September 21, 1959.   Granted.